# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STEPHEN KELLER,<br><br>  Plaintiff,<br><br>  v.<br><br>SHIRLEY, *et al.*,<br><br>  Defendants. | Case No. 1:22-cv-01487-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S DECLARATORY LETTER PERTAINING TO THE STATUS OF THE FILED CIVIL COMPLAINT AS A MOTION FOR CASE UPDATE<br><br>ORDER GRANTING MOTION FOR CASE UPDATE<br><br>(ECF No. 12) |

Plaintiff Paul Stephen Keller ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint has not yet been screened.

Currently before the Court is a letter from Plaintiff inquiring about the status of the case and setting forth Plaintiff's suspicions that prison officials are tampering with or withholding his legal mail, filed June 20, 2023. (ECF No. 12.) The Court construes the letter as a motion for a case update. The motion is deemed submitted. Local Rule 230(l).

Plaintiff is informed that there does not appear to be any interference with his legal mail regarding this case. The Court's most recent order was the December 2, 2022 order denying Plaintiff's motion to appoint counsel, which Plaintiff indicates he received. No other orders have been issued since the December 2, 2022 order denying Plaintiff's motion to appoint counsel. The

Court, in turn, received Plaintiff's form consenting to or declining Magistrate Judge jurisdiction, as well as Plaintiff's declaration filed in support. (ECF Nos. 10, 11.)

Plaintiff is reminded that the Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's declaratory letter pertaining to the status of the filed civil complaint, (ECF No. 12), is construed as a motion for case update; and

2. Plaintiff's motion for case update, (ECF No. 12), is GRANTED as discussed above.

IT IS SO ORDERED.

Dated:   **June 23, 2023**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE