UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STEPHEN KELLER,<br><br>             Plaintiff,<br><br>      v.<br><br>HEATHER SHIRLEY, et al.,<br><br>             Defendants. | No. 1:22-cv-01487-NODJ-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 17) |

Plaintiff Paul Stephen Keller is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 13, 2023, the assigned Magistrate Judge screened Plaintiff's complaint and found that it stated a cognizable claim against Defendant Degough, in his individual capacity, for deliberate indifference to conditions of confinement in violation of the Eighth Amendment, but failed to state any other cognizable claims for relief against any other defendants.  (ECF No. 14.) The Magistrate Judge ordered Plaintiff to either file a first amended complaint or notify the Court of his willingness to proceed only on the cognizable claim identified by the Court.  (*Id.* at 12)

On October 4, 2023, Plaintiff filed a notice to proceed on the cognizable claims identified by the Court.  (ECF No. 15). Pursuant to Plaintiff's notice, on October 10, 2023, the Magistrate Judge issued findings and recommendations that this action proceed on Plaintiff's complaint

against Defendant Degough, in his individual capacity, for deliberate indifference to conditions of confinement in violation of the Eighth Amendment. (*ECF No. 17.*) The Magistrate Judge further recommended that all other claims and defendants be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted. (*Id.*) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.*) Following Plaintiff's notice of change of address, the findings and recommendations were re-served on November 13, 2023, and the deadline extended accordingly. No objections have been filed, and the extended deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on October 10, 2023, (ECF No. 17), are adopted in full;
2. This action shall proceed on Plaintiff's complaint, filed November 16, 2022, (ECF No. 1), against Defendant Degough, in his individual capacity, for deliberate indifference to conditions of confinement in violation of the Eight Amendment;
3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and
4. This action is referred back to the Magistrate Judge for proceedings consistent with this order.

DATED: January 2, 2024.

CHIEF UNITED STATES DISTRICT JUDGE