# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL STEPHEN KELLER,** | **CASE No.: 1:22-cv-01487-BAM (PC)** |
| **Plaintiff,** | **ORDER TO RECAPTION CASE** |
| **v.** | |
| **DEGOUGH,** | |
| **Defendant.** | |

This action proceeds only against Defendant Degough.  Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants.  Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated:   __May 13, 2024__                    __/s/ Barbara A. McAuliffe__
                                                                       UNITED STATES MAGISTRATE JUDGE