# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STEPHEN KELLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEGOUGH,<br><br>　　　　Defendants. | Case No. 1:22-cv-01487-BAM (PC)<br><br>ORDER DENYING AS MOOT MOTION FOR APPOINTMENT OF COUNSEL FOR REPRESENTATION IN SCHEDULED SETTLEMENT CONFERENCE<br><br>(ECF No. 37) |

　　　　Plaintiff Paul Stephen Keller ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Degough ("Defendant"), in his individual capacity, for deliberate indifference to conditions of confinement in violation of the Eighth Amendment.  All parties have consented to United States Magistrate Judge jurisdiction.  (ECF No. 34.)

　　　　On April 8, 2024, the Court identified this case as an appropriate case for the post-screening Alternative Dispute Resolution project, set the case for a settlement conference on August 15, 2024, and granted Defendant time to investigate and determine whether to opt out of the settlement conference.  (ECF No. 28.)  On May 1, 2024, Defendant filed a motion to opt out of the settlement conference, which the Court granted.  (ECF Nos. 29, 30.)  The settlement conference was vacated.  (ECF No. 30.)  This case now proceeds to discovery pursuant to the Court's May 1, 2024 discovery and scheduling order.  (ECF No. 31.)

1   Currently before the Court is Plaintiff's motion for appointment of counsel, filed May 17,
2 2024.  (ECF No. 37.)  Plaintiff specifically requests appointment of counsel to represent him at
3 the August 15, 2024 settlement conference.  (*Id.*)
4   As the settlement conference has now been vacated, Plaintiff's motion for appointment of
5 counsel, (ECF No. 37), is HEREBY DENIED as moot, and without prejudice.

IT IS SO ORDERED.

Dated:   **May 22, 2024**             /s/ *Barbara A. McAuliffe*           _
UNITED STATES MAGISTRATE JUDGE

2